IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,

    Plaintiff,       No. CIV S-04-2277 DFL JFM P

    vs.

SERGEANT DIEBALL, et al.,

    Defendants.       <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file and serve a response to defendants' March 14, 2005 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's April 6, 2005 motion for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to defendants' March 14, 2005 motion to dismiss.

DATED: April 22, 2005.

UNITED STATES MAGISTRATE JUDGE

12/kf;okee2277.36