IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,

     Plaintiff,                     No. CIV S-04-2277 DFL JFM P

    vs.

SERGEANT DIEBALL, et al.,

     Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 12, 2005, plaintiff filed a motion for a second extension of time to respond to defendants' March 14, 2005 motion to dismiss and for court-ordered access to the prison law library. In said motion, plaintiff contends, <u>inter alia</u>, that he has been separated from "98% of his legal work including defendants' motion to dismiss" since his transfer to Salinas Valley State Prison.

/////

/////

/////

/////

/////

1  Good cause appearing, IT IS HEREBY ORDERED that within ten days from the
2 date of this order defendants shall respond to the contentions in plaintiff's May 12, 2005 motion
3 concerning access to his legal property and to the prison law library.
4 DATED: June 3, 2005.

UNITED STATES MAGISTRATE JUDGE

12/kf
okee2277.36a+