IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,

      Plaintiff,                                No. CIV S-04-2277 DFL JFM P

      vs.

SERGEANT DIEBALL, et al.,

      Defendants.                      ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 12, 2005, plaintiff filed a motion for a second extension of time to respond to defendants' March 14, 2005 motion to dismiss and for court-ordered access to the prison law library. In said motion, plaintiff contends, inter alia, that he has been separated from "98% of his legal work including defendants' motion to dismiss" since his transfer to Salinas Valley State Prison. By order filed June 6, 2005, defendants were directed to respond to the contentions in plaintiff's May 12, 2005 motion. On June 17, 2005, defendants filed a response to plaintiff's motion, and on June 28, 2005, plaintiff filed a reply to defendants' response.

        After review of plaintiff's motion and the documents filed in support of and opposition to said motion, and good cause appearing, IT IS HEREBY ORDERED that:

/////

1

1. The Clerk of the Court is directed to send plaintiff a copy of the complaint filed in this action on October 26, 2004;

2. Within five days from the date of this order defendants shall reserve on plaintiff a copy of their March 14, 2005 motion to dismiss;

3. Plaintiff's May 12, 2005 request for court-ordered copies of other documents filed in this action is denied;

4. Plaintiff may obtain a copy of the docket and any document filed in this action by contacting Attorney's Diversified Services (ADS), 1424 21st Street, Sacramento, CA 95814, telephone number 916-441-4396 or by sending a representative to either division of the United States District Court for the Eastern District of California;

5. Plaintiff's May 12, 2005 request for court-ordered access to the law library is denied;

6. Plaintiff's May 12, 2005 request for an extension of time is granted; and

7. Plaintiff is granted one additional period of thirty days from the date of this order in which to file and serve an opposition to defendants' March 14, 2005 motion to dismiss. No further extensions of time will be granted for any reason.

DATED: July 7, 2005.

UNITED STATES MAGISTRATE JUDGE

12/kf
okee2277.36sec