IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,

    Plaintiff,                           No. CIV S-04-2277 DFL JFM P

   vs.

SERGEANT DIEBALL, et al.,

    Defendants.                     ORDER

_____/

        Plaintiff has filed his third request for an extension of time to file and serve an opposition to defendants' March 14, 2005 motion to dismiss. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's July 25, 2005 third request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an answer to defendants' March 14, 2005 motion to dismiss. No further extensions of time will be granted.

DATED: August 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf;okee02277.36a