IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,

    Plaintiff,                    No. CIV S-04-2277 DFL JFM P

    vs.

SERGEANT DIEBALL, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 25, 2005, plaintiff wrote a letter to Judge Lawrence K. Karlton, raising issues related to his mental health. The letter was filed in the instant action. It appears, however, that the letter was sent to Judge Karlton due to his role as presiding judge in the class action lawsuit pending in his court, Coleman v. Schwarzenegger, No. CIV S-90-0520 LKK JFM P.

/////

/////

/////

/////

/////

1     Good cause appearing, IT IS HEREBY ORDERED that t he Clerk of the Court is
2 directed to remove plaintiff's August 25, 2005 letter from the record in this action and forward a
3 copy of said letter to counsel for plaintiffs in the <u>Coleman</u> case.
4 DATED: September 8, 2005.

                                                        UNITED STATES MAGISTRATE JUDGE

12
okee2277.let